

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Enrique DELGADO–PEREZ,
Defendant–Appellant.**

No. 04–50352.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Enrique Delgado–Perez concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis HERNANDEZ–GARCIA,
Defendant–Appellant.**

No. 04–50324.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Judy Fulmer Madewell, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Luis Hernandez–Garcia concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Santos PEREZ–ALVAREZ,**
**Defendant–Appellant.**

No. 04–50323.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B Campbell, Federal Public Defender, Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Santos Perez–Alvarez concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Miguel MENDIETA–GOMEZ, also**
**known as Jorge Mendieta–Gomez,**
**Defendant–Appellant.**

No. 04–50288.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal, Public Defender, M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Miguel Mendieta–Gomez concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.